UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fariba Parniani,

                Plaintiff,

vs.

Cardinal Health, Inc.,

                Defendant.

Civil No. 06-3313 (RHK/AJB)

**ORDER**

---

      Magistrate Judge Arthur J. Boylan has recommended that Plaintiff's "Notice of Removal" (Doc. No. 1) be stricken and this action be terminated; Plaintiff has filed timely Objections.

      After a de novo review of the proceedings, the undersigned has concluded that Judge Boylan's recommended disposition and his stated reasons therefor should be adopted.

      Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

      1.  Plaintiff's Objections (Doc. No.10) are **OVERRULED**;

      2.  Plaintiff's Motion to Deny Defendant's Motion to Dismiss and Alternative Motion for Remand (Doc. No. 8) is **DENIED**;

      3.  Defendant's Motion to Dismiss and Alternative Motion to Remand (Doc. No. 3) is **DENIED AS MOOT**;

    4.  The Report and Recommendation (Doc. No. 9) is **ADOPTED**;

    5.  Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is

**DENIED AS MOOT**; and

    6.  The Notice of Removal (Doc. No. 1) is **STRICKEN** and the matter is

**TERMINATED**.

Dated: September 11, 2006

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge